Charles NEDD, Albert Kocher and Anthony Ganly, Members of the Pensioned Anthracite Coal Miners Protest Executive Committee, suing on behalf of themselves and all other members of the Class of Pensioned Anthracite Coal Miners and Widows of Deceased Pensioned Anthracite Coal Miners, Appellants

v.

**UNITED MINE WORKERS OF AMERICA, an unincorporated trade union association.**

No. 14773.

United States Court of Appeals Third Circuit.

Argued May 21, 1964.

Decided May 29, 1964.

Rehearing Denied June 22, 1964.

James S. Palermo, Hazleton (William Bruno, Philadelphia, Pa., on the briefs), for appellants.

Charles A. Wolfe and Thomas N. O'Neill, Jr., Philadelphia, Pa. (Montgomery, McCracken, Walker & Rhoads, Philadelphia, Pa., Welly K. Hopkins, Washington, D. C., of counsel, on the briefs), for appellee.

Before KALODNER, GANEY and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The Order of the District Court dismissing the plaintiffs' action will be affirmed for the reasons so well stated by Judge Grim in his opinion, 225 F.Supp. 750 (E.D.Pa.1963).

Joseph F. WELDON, Director of Police of the City of Newark

v.

Lizzie MILLER, also known as Lizzie Caldwell, Mozelle Hill, as Administratrix of the Estate of Richard Caldwell, the County of Essex and Harry Lerner.

United States of America, Intervenor,

The County of Essex and Harry Lerner, Appellants.

No. 14769.

United States Court of Appeals Third Circuit.

Argued April 20, 1964.

Decided April 30, 1964.

William J. Straub, Newark, N. J. (Nicholas T. Fernicola, County Counsel of Essex County, Newark, N. J., on the brief), for defendants-appellants.

Martin G. Holleran, Asst. U. S. Atty., Newark, N. J. (David M. Satz, Jr., U. S. Atty., Newark, N. J., on the brief), for intervenor United States of America.

David A. Adelman, Newark, N. J., for appellee Lizzie Miller and others.

Before KALODNER, FORMAN and SMITH, Circuit Judges.

PER CURIAM:

On review of the record we find no error. The District Court's Order of November 29, 1963 granting summary judgment will be affirmed.